AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Sherri Dorns

**SUMMONS IN A CIVIL CASE**

V.

Henry R. Paulson, Jr.
Secretary of the Treasury

CASE NUMBER   1:06CV01805

JUDGE: Reggie B. Walton

DECK TYPE: Employment Discrimination

DATE STAMP: 10/18/2006

TO: (Name and address of Defendant)

Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard E. Patrick, Patrick Henry LLP, 7619 Little River
Turnpike, Suite 340, Annandale, VA 22003

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT 18 2006
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/7/2006 |
| NAME OF SERVER *(PRINT)* David Torres | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
Substitute at Business: Served Gary Nails on behalf of Jeffrey A. Taylor, US Attorney for the District of Columbia, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $55.00 | TOTAL $55.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/8/2006
                    Date                    *Signature of Server*

7665 Helmsdale Place, Manassas, VA 20109
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.