UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERRI DORNS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HENRY R. PAULSON, JR., )<br>Secretary of the Treasury, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-1805 (RBW) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and for good cause shown, hereby respectfully moves for an enlargement of time of thirty (30) days, up to and including February 7, 2007, in which to move, answer or otherwise respond to plaintiff's complaint. Defendant's response would otherwise be due on January 8, 2007. Defendant seeks this enlargement on the following grounds:

This is an action filed, pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., by plaintiff, an employee of the Bureau of Engraving and Printing ("BEP"). Agency counsel has informed undersigned counsel that, pursuant to normal procedures, the BEP was closed during the last week of December 2006. The BEP reopened on January 2, 2007. Therefore, agency counsel will be unable to complete a response to plaintiff's Complaint by January 8, 2007. Agency counsel requests additional time to allow her to do so.

For the reasons cited above, defendant respectfully requests that the enlargement of time to answer, move or otherwise respond to this complaint be granted. Plaintiff's counsel does not object to the filing of this motion. As there are no pending deadlines, the granting of this motion

will have no effect on any deadlines in this matter.

For these reasons, and to ensure that the defendant has sufficient time to prepare the materials to carry its burden in this case, defendant respectfully requests that the enlargement of time to move, answer or otherwise respond to plaintiff's Complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of January, 2007, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Richard E. Patrick, Esq.
Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, Virginia 22003

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHERRI DORNS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1805 (RBW) |
| | ) |
| **HENRY R. PAULSON, JR.,** | ) |
| **Secretary of the Treasury,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**O R D E R**

UPON CONSIDERATION of defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this _____ day of January 2007,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including February 7, 2007 in which to move, answer or otherwise respond to plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530

Richard E. Patrick, Esq.
Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, Virginia 22003