**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHERRI DORNS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Civil Action No. 06-1805 (RBW) |
| ) | |
| **HENRY PAULSON, Secretary,** ) | |
| **Department of the Treasury,** ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S UNOPPOSED MOTION REQUESTING A**
**CHANGE OF THE DATE OF THE INITIAL SCHEDULING CONFERENCE**

NOW Comes the Plaintiff, by counsel, and moves this Honorable Court for an Order changing the date of the Initial Scheduling Conference from April 17, 2007 at 9:30 a.m. to April 26, 2007 at 9:30 a.m. The grounds are as follows:

1. In an Order, dated February 23, 2007, this Court set the Initial Scheduling Conference in this matter for April 17, 2007 at 9:30 a.m.

2. Counsel for the plaintiff has a previously scheduled mediation in another case in this Court also scheduled for April 17, 2007 at 9:30 a.m.

3. As a result of the conflict, plaintiff needs to change the date of the Initial Scheduling Conference in this instant matter.

4. Counsel for the defendant does not oppose the change in the date of Initial Scheduling Conference, and she has agreed to the new date and time of April 26, 2007 at 9:30 a.m.

5. This request is not for delay; is for good cause and is in the interest of justice.

6.    Neither party will be prejudiced if the Court changes the Initial Scheduling Conference date to April 26, 2007 at 9:30 a.m.

WHEREFORE, the Plaintiff respectfully requests that this Court change the Initial Scheduling Conference date in this matter from April 17, 2007 at 9:30 a.m. to April 26, 2007 at 9:30 a.m.

Respectfully submitted,

SHERRI DORNS

By Counsel
PATRICK HENRY LLP

By:_____/s/_____
Richard E. Patrick, D.C. Bar, #396571
PATRICK HENRY LLP
7619 Little River Turnpike, Suite 340
Annandale, Virginia 22003
(703) 256-7754-Telephone
(703) 256-7883-Facsimile
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March, I mailed by first class mail, postage pre-paid, a true and exact copy of the foregoing Plaintiff's Unopposed Motion Requesting a Change of the Date of the Initial Scheduling Conference, Memorandum of Points and Authorities and a proposed Order, to: Marian L. Borum, Assistant United States Attorney, Civil Division, 555 4th Street, N.W., Washington., D.C. 20530.

_____/s/_____
Richard E. Patrick

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERRI DORNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1805 (RBW) |
| ) | |
| HENRY PAULSON, Secretary, ) | |
| Department of the Treasury, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF HER UNOPPOSED MOTION FOR A
CHANGE IN THE DATE OF THE INITIAL SCHEDULING CONFERENCE**

1. Federal Rule of Civil Procedure 7.

2. Local Rule LCvR 7.

3. Local Rule LCvR 16.1.

Respectfully submitted,

SHERRI DORNS

By Counsel
PATRICK HENRY LLP


By:_____/s/_____
Richard E. Patrick, D.C. Bar, #396571
PATRICK HENRY LLP
7619 Little River Turnpike, Suite 340
Annandale, Virginia 22003
(703) 256-7754-Telephone
(703) 256-7883-Facsimile
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 8th day of March, I mailed by first class mail, postage pre-paid, a true and exact copy of the foregoing Plaintiff's Unopposed Motion Requesting a Change of the Date of the Initial Scheduling Conference, Memorandum of Points and Authorities and a proposed Order, to: Marian L. Borum, Assistant United States Attorney, Civil Division, 555 4th Street, N.W., Washington., D.C. 20530.

                                              _____/s/_____
                                                  Richard E. Patrick

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHERRI DORNS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1805 (RBW) |
| ) | |
| **HENRY PAULSON, Secretary,** ) | |
| **Department of the Treasury,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Pursuant to the Plaintiff's Unopposed Motion for a Change in the Date of the Initial Scheduling Conference, for good cause shown, it is hereby,

ORDERED, that the Plaintiff's motion be and is hereby granted, and it is

FURTHER ORDERED that Initial Scheduling Conference shall be held on April 26, 2007 at 9:30 a.m.

SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE