## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERRI DORNS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | )  Civil Action No.  06-1805 (RBW) |
| v. | ) |
| | ) |
| HENRY M. PAULSON, JR., | ) |
| Secretary of the Treasury | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather and remove the appearance of Assistant United States Attorney Marian L. Borum as counsel for Defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　  /s/ Robin M. Meriweather

　　　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar # 490114
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　(202) 514-7198
　　　　　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of March, 2007, I caused a copy of the foregoing Notice of Substitution of Counsel to be served on Plaintiff via the Court's electronic filing system or, should I receive notice from the Court's electronic filing system that electronic service failed, by first class mail, postage prepaid, addressed to:

Richard E. Patrick
PATRICK HENRY LLP
7619 Little River Turnpike
Suite 340
Annandale, VA 22003

/S/ Robin M. Meriweather
ROBIN M. MERIWEATHER, DC BAR # 490114
Assistant United States Attorney