UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHERRI DORNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1805 (RBW) |
| | ) | |
| HENRY PAULSON, | ) | |
| SECRETARY OF THE TREASURY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Court's oral orders issued during the scheduling conference held on April 26, 2007, it is hereby

**ORDERED** that the parties shall file initial disclosures under Federal Rule of Civil Procedure 26(a)(1) by May 25, 2007. It is further

**ORDERED** that the plaintiff shall designate her experts by June 25, 2007. It is further

**ORDERED** that the defendant shall designate his experts by July 25, 2007. It is further

**ORDERED** that all expert disclosures submitted by the proponent under Federal Rule of Civil Procedure 26(a)(2) shall be served by July 25, 2007. It is further

**ORDERED** that all expert rebuttal submitted by the opponent under Rule 26(a)(2) shall be served by August 27, 2007. It is further

**ORDERED** that all discovery in this matter shall close on September 26, 2007. It is further

**ORDERED** that this matter shall be referred to a Magistrate Judge for the purpose of settlement discussions for a period commencing on September 27, 2007, and concluding on November 28, 2007. It is further

**ORDERED** that dispositive motions shall be filed by January 4, 2008, if this matter has not been settled or otherwise resolved at that time. Oppositions thereto shall be filed by February 1, 2008, and replies, if any, shall be filed by February 15, 2008. It is further

**ORDERED** that a pre-trial conference in this matter shall be held on May 2, 2008, at 9:30 a.m.

**SO ORDERED** this 26th day of April, 2007.

REGGIE B. WALTON
United States District Judge