UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERRI DORNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1805 (RBW) |
| | ) |
| HENRY R. PAULSON, JR., | ) |
| Secretary of the Treasury, | ) |
| | ) |
| Defendant. | ) |

### CONSENT MOTION TO ENLARGE DISCOVERY PERIOD

Pursuant to Fed. R. Civ. P. 6(b), Defendant Henry R. Paulson, through undersigned counsel, respectfully moves the Court for a twenty-eight (28) day extension of the fact discovery deadline set forth in the Court's April 26, 2007 Scheduling Order (Dkt. Entry 12), making the new fact discovery deadline October 24, 2007. Discovery currently is scheduled to end September 26, 2007. Pursuant to Local Rule 7(m), the undersigned conferred with counsel for Plaintiff to obtain Plaintiff's position on this motion, and Plaintiff consents to the enlargement.

There is good cause to grant this motion. The undersigned Assistant United States Attorney has been in active discovery in two other Title VII cases for the last three months, and in discovery in a constitutional class action since August, 2007. Although discovery in two of those cases should have been completed no later than June, 2007, due to unforeseen circumstances, the discovery periods were enlarged, and discovery has extended through September, 2007. In light of those conflicting discovery periods and her commitments in other matters, counsel for Defendant has been unable to find dates within the current fact discovery period on which she will be available to depose plaintiff or other witnesses. In addition, due to scheduling conflicts, the government witnesses that Plaintiff wishes to depose were not available

for depositions during the discovery period. Accordingly, the parties have been engaged in discussions concerning rescheduling those depositions for later dates.

For all those reasons, Defendant respectfully requests that the fact discovery deadline in this action be extended by twenty-eight days. The enlargement will allow counsel for Defendant to complete discovery in this action while continuing to honor her commitments in other matters, and also will allow Plaintiff to depose government employees during the fact discovery period.

Granting this enlargement should cause no prejudice. Defendant has filed one prior request for an enlargement of time, which was a consent motion to enlarge the deadline for responding to the Complaint. See Dkt. Entry 5. Granting this enlargement should not affect any other pending deadlines or hearings; dispositive motions are due in January, 2008, and the period for mediation discussions runs through late November, 2007. A proposed order is submitted herewith.

Dated: September 20, 2007                                Respectfully submitted,


                                                          /s/
                                                         JEFFREY A. TAYLOR, D.C. BAR #498610
                                                         United States Attorney

                                                          /s/
                                                         RUDOLPH CONTRERAS, D.C. BAR #434122
                                                         Assistant United States Attorney

                                                          /s/ Robin M. Meriweather
                                                         ROBIN M. MERIWEATHER, D.C. Bar # 490114
                                                         Assistant United States Attorney
                                                         555 4th St., N.W.
                                                         Washington, D.C. 20530
                                                         (202) 514-7198
                                                         Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 20th day of July, 2007, I caused a copy of the foregoing served on Plaintiff via the Court's electronic filing system.

          /S/ Robin M. Meriweather

          ROBIN M. MERIWEATHER, DC BAR # 490114
          Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERRI DORNS, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|    v. | )   Civil Action No. 06-1805 (RBW) |
| | ) |
| HENRY R. PAULSON, JR., | ) |
| Secretary of the Treasury, | ) |
| | ) |
|        Defendant. | ) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion to Enlarge Discovery Period it is,

this _____ day of _____, 2007,

ORDERED that Defendant's Motion to Enlarge Discovery Period be, and hereby is, GRANTED;

it is further ORDERED that the fact discovery shall be completed by October 24, 2007.

SO ORDERED.

_____
United States District Judge