UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHERRI DORNS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1805 (RBW) |
| | ) |
| **HENRY R. PAULSON, JR.,** | ) |
| **Secretary of the Treasury,** | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR LEAVE TO CONDUCT DEPOSITION OUTSIDE THE DISCOVERY PERIOD OR IN THE ALTERNATIVE FOR LIMITED ENLARGEMENT OF THE DISCOVERY PERIOD

Defendant Henry R. Paulson, through undersigned counsel, respectfully moves the Court for leave to conduct the deposition of Plaintiff Sherri Dorns after the end of the discovery period. In the alternative Defendant seeks an enlargement of the discovery period for the limited purpose of deposing Plaintiff. Discovery currently is scheduled to end October 24, 2007. Pursuant to Local Rule 7(m), the undersigned contacted counsel for Plaintiff on October 17, 2007, to obtain Plaintiff's position on this motion. However, counsel for Plaintiff has not stated whether Plaintiff consents to or opposes the relief sought.

There is good cause to grant this motion. Defendant has made a good faith effort to conclude depositions by the current fact discovery deadline, and intended to depose Plaintiff October 24, 2007. However, counsel for Plaintiff informed the undersigned that he would not be available for the deposition on that date, and also would be unavailable October 22, 2007 and October 23, 2007. Defendant has made further inquiries concerning Plaintiff's availability, but counsel for Plaintiff has indicated that he has conflicts on the three alternative dates Defendant proposed, and has not identified any dates on which Plaintiff will be available. Accordingly,

Defendant requests leave to depose Plaintiff after the close of fact discovery, so that Plaintiff's deposition may be scheduled for a date on which Plaintiff, Plaintiff's counsel, and counsel for Defendant are available.

In the alternative, Defendant requests that the Court extend the discovery period for twenty-one days, up to and including November 14, 2007, for the limited purpose of deposing Plaintiff. This limited enlargement would permit Defendant to notice the deposition of Plaintiff for a date within the discovery period. Counsel for Defendant intends to schedule Plaintiff's deposition for a date in early November, given that Plaintiff's counsel appears to have conflicts through the end of October.

Granting this enlargement should cause no prejudice. Defendant has filed one prior request for an enlargement of the discovery period, which was granted. Granting this enlargement should not affect any other pending deadlines or hearings; dispositive motions are due in January, 2008, and mediation is scheduled to occur November 8, 2007. A proposed order is submitted herewith.

Dated: October 22, 2007                     Respectfully submitted,

                                                /s/
                                    JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

                                                /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

        /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of October, 2007, I caused a copy of the foregoing to be served on Plaintiff via the Court's electronic filing system.

                                      /S/ Robin M. Meriweather

                                  ROBIN M. MERIWEATHER, DC BAR # 490114
                                  Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHERRI DORNS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Civil Action No. 06-1805 (RBW)** |
| | ) |
| **HENRY R. PAULSON, JR.,** | ) |
| **Secretary of the Treasury,** | ) |
| | ) |
| **Defendant.** | ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Leave to Depose Plaintiff Outside the Discovery Period Or, in the Alternative, for a Limited Enlargement of the Discovery Period, it is, this _____ day of _____, 2007,

ORDERED that Defendant's Motion for Leave to Depose Plaintiff Outside the Discovery Period Or, in the Alternative, for a Limited Enlargement of the Discovery Period be, and hereby is, GRANTED;

it is further ORDERED that:

_____    Defendant may conduct Plaintiff's deposition outside the discovery period.

_____    Fact discovery shall be extended to November 14, 2007 for the limited purpose of deposing Plaintiff Sherri Dorns.

SO ORDERED.

_____

United States District Judge