UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERRI DORNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1805 (RBW)/(AK) |
| | ) |
| HENRY R. PAULSON, JR., | ) |
| Secretary of the Treasury, | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION TO ENLARGE DISCOVERY PERIOD AND FOR ENLARGEMENT OF TIME TO SUBMIT DISPOSITIVE MOTIONS**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Henry R. Paulson, through undersigned counsel, respectfully moves the Court for a sixty (60) day extension of the fact discovery deadline, making the new fact discovery deadline January 14, 2008.  Discovery currently is scheduled to end November 14, 2007.  Pursuant to Local Rule 7(m), the undersigned conferred with counsel for Plaintiff to obtain Plaintiff's position on this motion, and Plaintiff consents to the enlargement.

There is good cause to grant this motion.  The parties have made a good faith effort to complete discovery in advance of the current deadline.  Plaintiff has deposed several witnesses, and Defendant has responded to Plaintiff's written discovery.  However, a discovery dispute has arisen concerning Plaintiff's obligation to respond to Defendant's written discovery requests. Counsel for Defendant hopes that the parties will be able to resolve that discovery dispute without involving the Court.  Accordingly, Defendant seeks a 60-day enlargement of the discovery period, to allow time to resolve that dispute, and for Defendant to receive Plaintiff's discovery responses.  Defendant also seeks an enlargement so that Plaintiff's deposition may be rescheduled. Defendant originally noticed Plaintiff's deposition for November 9, 2007, but

agreed to reschedule the deposition for a later date that would be more convenient for Plaintiff. The lack of responses to Defendant's written discovery will hinder Defendant's ability to depose Plaintiff. Accordingly, counsel for Defendant will have to defer the deposition of Plaintiff until after the parties' discovery dispute has been resolved.

For all those reasons, Defendant respectfully requests that the fact discovery deadline in this action be extended by sixty days. The enlargement will allow the parties to continue to attempt to resolve their discovery dispute, and will allow Defendant to depose the Plaintiff after receiving discovery responses.

As an enlargement of the discovery period will affect other pending deadlines, Defendant also requests that the Court modify the schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | November 14, 2007 | January 14, 2008 |
| Dispositive Motions | January 4, 2008 | March 4, 2008 |
| Response to Dispositive Motions | February 1, 2008 | April 1, 2008 |
| Reply to Dispositive Motions | February 15, 2008 | April 15, 2008 |
| Pretrial Conference | May 2, 2008 | next available date after July 2, 2008 |
| Mediation | December 17, 2007 | next available date after January 14, 2008 |

Granting this enlargement should cause no prejudice. A proposed order is submitted herewith.

Dated: November 13, 2007        Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of October, 2007, I caused a copy of the foregoing served on Plaintiff via the Court's electronic filing system.

        /S/ Robin M. Meriweather
ROBIN M. MERIWEATHER, DC BAR # 490114
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERRI DORNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1805 (RBW) |
| ) | |
| HENRY R. PAULSON, JR., ) | |
| Secretary of the Treasury, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion to Enlarge Discovery Period it is,

this _____ day of _____, 2007,

ORDERED that Defendant's Motion to Enlarge Discovery Period be, and hereby is, GRANTED;

it is further ORDERED that fact discovery shall be completed by October 24, 2007;

it is further ORDERED that dispositive motions shall be due by March 4, 2008;

it is further ORDERED that responses to dispositive motions shall be due by April 1, 2008;

it is further ORDERED that replies to dispositive motions shall be due by April 15, 2008;

it is further ORDERED that the pretrial conference shall be held on

_____, 2008.

SO ORDERED.

_____
United States District Judge