UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHERRI DORNS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 06-1805 (RBW) |
| | ) |
| **HENRY R. PAULSON, JR.,** | ) |
| **Secretary of the Treasury,** | ) |
| | ) |
| **Defendant.** | ) |

**JOINT MOTION FOR LEAVE TO CONDUCT DEPOSITION OUTSIDE THE
DISCOVERY PERIOD OR IN THE ALTERNATIVE FOR LIMITED ENLARGEMENT
OF THE DISCOVERY PERIOD**

Plaintiff Sherri Dorns and Defendant Henry R. Paulson, through undersigned counsel, respectfully move the Court for leave to conduct the deposition of Plaintiff Sherri Dorns after the end of the discovery period. In the alternative the parties seek an enlargement of the discovery period for the limited purpose of deposing Plaintiff. Discovery currently is scheduled to end January 14, 2008.

There is good cause to grant this motion. The parties have made a good faith effort to conclude depositions by the current fact discovery deadline, and Defendant noticed Plaintiff's deposition for January 10, 2008. However, due to unexpected medical issues, Plaintiff was unable to attend the January 10, 2008 deposition, and has requested that it be rescheduled. Accordingly, the parties request leave to hold the deposition of Plaintiff after the close of fact discovery, so that Plaintiff's deposition may be scheduled for a date on which Plaintiff, Plaintiff's counsel, and counsel for Defendant are available.

In the alternative, the parties request that the Court extend the discovery period for thirty days, up to and including February 13, 2008, for the limited purpose of deposing Plaintiff. This

limited enlargement would permit Defendant to notice the deposition of Plaintiff for a date within the discovery period.  The parties intend to schedule Plaintiff's deposition for the earliest date on which all parties are available.  However, the parties request a 30-day enlargement, rather than a shorter enlargement, because it is unclear when Plaintiff will be able to appear for the deposition.

As an enlargement of the discovery period will affect other pending deadlines, the parties also request that the Court modify the schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | January 14, 2008 | February 13, 2008 |
| Dispositive Motions | March 4, 2008 | April 1, 2008 |
| Response to Dispositive Motions | April 1, 2008 | April 29, 2008 |
| Reply to Dispositive Motions | April 15, 2008 | May 13, 2008 |
| Pretrial Conference | June 17, 2008 | next available date after July 15, 2008 |
| Mediation | referral expires February 29, 2008 | referral expires March 24, 2008 |

Dated: January 11, 2008          Respectfully submitted,

      /s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

      /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov
*Counsel for Defendants*

/s/ by RMM
RICHARD E. PATRICK, DC BAR #396571
PATRICK HENRY LLP
7619 Little River Turnpike
Suite 340
Annandale VA 22003
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERRI DORNS,                              ) | |
| )                                          | |
|       **Plaintiff,** ) | |
| )                                          | |
|     v.                 ) | **Civil Action No. 06-1805 (RBW)** |
| )                                          | |
| **HENRY R. PAULSON, JR.,**                 ) | |
| **Secretary of the Treasury,**             ) | |
| )                                          | |
|       **Defendant.** ) | |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for Leave to Depose Plaintiff Outside the Discovery Period Or, in the Alternative, for a Limited Enlargement of the Discovery Period, it is, this _____ day of _____, 2008,

ORDERED that the Motion for Leave to Depose Plaintiff Outside the Discovery Period Or, in the Alternative, for a Limited Enlargement of the Discovery Period be, and hereby is, GRANTED;

it is further ORDERED that:

_____    Defendant may conduct Plaintiff's deposition outside the discovery period.

_____    Fact discovery shall be extended to February 13, 2008 for the limited purpose of deposing Plaintiff Sherri Dorns.

_____    The remaining deadlines in this case shall be amended as follows:

| Close of Discovery | February 13, 2008 |
|---|---|
| Dispositive Motions | April 1, 2008 |
| Response to Dispositive Motions | April 29, 2008 |

| Reply to Dispositive Motions | May 13, 2008 |
| --- | --- |
| Pretrial Conference | _____ 2008 |
| Mediation | referral expires March 24, 2008 |

SO ORDERED.

_____
United States District Judge