UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERRI DORNS, | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
|    v. | )   Civil Action No. 06-1805 (RBW)/(AK) |
| | ) |
| HENRY R. PAULSON, JR., | ) |
| Secretary of the Treasury, | ) |
| | ) |
|        **Defendant.** | ) |

**JOINT MOTION TO AMEND BRIEFING SCHEDULE AND TO CONTINUE PRETRIAL CONFERENCE**

Pursuant to Fed. R. Civ. P. 6(b), the parties, through undersigned counsel, respectfully move the Court to amend the schedule governing this case, and to set deadlines for dispositive motions and mediation.

This is a Title VII case in which the Plaintiff alleges that her employer has discriminated against her and/or retaliated against her for prior protected activity. Fact discovery ended January 14, 2008. On January 11, 2008, the parties sought leave to conduct the deposition of the Plaintiff, Sherri Dorns, after the close of fact discovery, or in the alternative, an enlargement of discovery. The Court granted that motion. See January 15, 2008 Minute Order. At the time that motion was filed, the parties did not know when the rescheduled deposition of the Plaintiff could occur, as that was dependent upon when the medical issues that required the deposition to be rescheduled would be resolved. Defendant deposed Sherri Dorns June 3, 2008.

The need to reschedule the deposition of the Plaintiff precluded the parties from complying with the briefing schedule set forth in the Court's November 14, 2007 Minute Order. The proposed briefing schedule set forth in the January 11, 2008 motion also will not be feasible, as that schedule contemplated that Ms. Dorns would be deposed by early February.

Accordingly, the parties propose that the Court set a new briefing schedule, which is set forth below.

The parties also request that the Court renew the referral for mediation. The mediation referral previously was scheduled to end February 22, 2008. Mediation was scheduled to occur December 17, 2007. However, due to Defendant's inability to depose the Plaintiff prior to that date, the parties requested that the mediation be rescheduled to occur after that deposition had been taken.

The parties request that the Court adopt the following schedule:

| **Event** | **Proposed Deadline** |
| --- | --- |
| Dispositive Motions | August 1, 2008 |
| Response to Dispositive Motions | August 28, 2008 |
| Reply to Dispositive Motions | September 12, 2008 |
| Pretrial Conference | After the Court resolves the dispositive motions, or alternatively next available date after October 12, 2008 |
| Mediation | next available date after June 27, 2008 |

In addition, the parties request a continuance of the pretrial conference set for June 17, 2008. The parties request that the pretrial conference date be set after the Court resolves the dispositive motions. Or, in the alternative, the parties request that the pretrial be set for a date after October 12, 2008 which is convenient to the Court. Counsel for Plaintiff is not available for a status conference on June 17, 2008, but the parties are otherwise available for a status conference in the event that the Court desires to hold such a conference.

Granting this joint motion should cause no prejudice. This motion would affect the scheduling of the pretrial conference. A proposed order is submitted herewith.

Dated: June 16, 2008                     Respectfully submitted,

                                         ____/s/_____
                                         JEFFREY A. TAYLOR, D.C. BAR #498610
                                         United States Attorney

                                         ____/s/_____
                                         RUDOLPH CONTRERAS, D.C. BAR #434122
                                         Assistant United States Attorney

                                         ____/s/ Robin M. Meriweather_____
                                         ROBIN M. MERIWEATHER, D.C. Bar # 490114
                                         Assistant United States Attorney
                                         555 4th St., N.W.
                                         Washington, D.C. 20530
                                         (202) 514-7198
                                         Robin.Meriweather2@usdoj.gov
                                         *Counsel for Defendants*

                                         ____/s/ by RMM_____
                                         RICHARD E. PATRICK, DC BAR #396571
                                         PATRICK HENRY LLP
                                         7619 Little River Turnpike
                                         Suite 340
                                         Annandale VA 22003
                                         *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERRI DORNS, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|   v. | )   Civil Action No. 06-1805 (RBW) |
| | ) |
| HENRY R. PAULSON, JR., | ) |
| Secretary of the Treasury, | ) |
| | ) |
|        Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Amend Briefing Schedule and for Continuance of Pretrial Conference, it is, this _____ day of _____, 2008,

ORDERED that the Joint Motion be, and hereby is, GRANTED;

it is further ORDERED that dispositive motions shall be due by August 1, 2008;

it is further ORDERED that responses to dispositive motions shall be due by August 28, 2008;

it is further ORDERED that replies to dispositive motions shall be due by September 12, 2008;

it is further ORDERED that this case shall be referred to Magistrate Judge Alan Kay for mediation from June 27, 2008 through July 30, 2008;

it is further ORDERED that the pretrial conference shall be held on _____, 2008.

SO ORDERED.

                                                                    _____
                                                                      United States District Judge