UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SHERRI DORNS,                       )
                                    )
        Plaintiff,                )
                                    )
  v.                                )   Civil Action No. 06-1805 (RBW)
                                    )
HENRY R. PAULSON, JR.,              )
Secretary of Treasury,              )
                                    )
        Defendant.                )
_____)

**ORDER**

      The Court having reviewed the parties' Joint Motion to Amend Briefing Schedule and to Continue Pre[-]trial Conference, and it appearing to the Court that there is good cause to grant the relief requested therein, it is

      **ORDERED** that the motion is **GRANTED**. It is further

      **ORDERED** that the pre-trial conference in this case scheduled for June 17, 2008, at 9:30 a.m. is **CANCELED**. It is further

      **ORDERED** that this case shall be referred to the Court's mediation program for purposes of mediation from June 30, 2008, until August 29, 2008. It is further

      **ORDERED** that absent the filing of a notice of stipulated dismissal, notice of stipulation of settlement, or joint request for an extension of time in which to mediate the parties' dispute, the plaintiff shall file her motion for summary judgment, if any she intends to file, on or before September 29, 2008. It is further

      **ORDERED** that absent any of the filings delineated above, the defendant shall file his opposition to any motion for summary judgment filed by the plaintiff and cross-motion for

summary judgment along with a consolidated memorandum of law, if any he intends to file, on or before October 28, 2008.  It is further

**ORDERED** that absent any of the filings delineated above, the plaintiff shall file her reply memorandum in support of any motion for summary judgment filed by the plaintiff and cross-opposition to any cross-motion for summary judgment filed by the defendant along with a consolidated memorandum of law, if any she intends to file, on or before November 11, 2008.  It is further

**ORDERED** that absent any of the filings delineated above, the defendant shall file his cross-reply in support of any cross-motion for summary judgment, if any he intends to file, on or before November 25, 2008.  It is further

**ORDERED** that all parties shall appear before this Court for a pre-trial conference in this case on February 27, 2008, at 9:30 a.m.

**SO ORDERED** this 16th day of June, 2008.

REGGIE B. WALTON<br>United States District Judge